# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JUSTIN D'AMICO, | : | No. 93 EAL 2024 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COVANTA HOLDING CORPORATION AND | : | |
| COVANTA ENERGY AND COVANTA | : | |
| 4RECOVERY PHILADELPHIA, LLC, | : | |
| | : | |
| Respondents | : | |
| JUSTIN D'AMICO, | : | No. 108 EAL 2024 |
| | : | |
| Respondent | : | |
| | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the |
| v. | : | Superior Court |
| | : | |
| | : | |
| COVANTA HOLDING CORPORATION AND | : | |
| COVANTA ENERGY AND COVANTA | : | |
| 4RECOVERY PHILADELPHIA, LLC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2024, the Petitions for Allowance of Appeal are **DENIED**.